IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 1:11MJ742 |
| | ) | |
| JUBAIR AHMAD, | ) | |
| | ) | |
| Defendant | ) | |

NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE
SURVEILLANCE ACT INFORMATION
PURSUANT TO 50 U.S.C. §§ 1806(c) and 1825(d)

The United States hereby provides notice to the defendant JUBAIR AHMAD, and the

Court, pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), that the United

States intends to enter into evidence, or otherwise use or disclose at pretrial hearings, trial, and

other proceedings in this case, information obtained and derived from electronic surveillance and

physical searches conducted pursuant to the authority of the Foreign Intelligence Surveillance

Act of 1978, as amended, 50 U.S.C. §§ 1801-1812 and §§ 1821-1829.

Respectfully submitted,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: _____/s/_____
Stephen M. Campbell
Assistant United States Attorney

Certificate of Service

I hereby certify that on September 7, 2011, I electronically filed the foregoing Notice of Intent to Use Foreign Surveillance Act Information Pursuant to 50 U.S.C. §§ 1806(c) and 1825(d), with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Counsel to the Defendant
Brian Mizer, Esquire
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314

/s/
Stephen M. Campbell
Assistant United States Attorney
Virginia Bar No.  38584
Counsel for the Government
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703)299-3700
(703)739-9556 (fax)
