IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  1:11cr554 |
| | ) | |
| JUBAIR AHMAD, | ) | Honorable T.S. Ellis III |
| | ) | |
| Defendant. | ) | |

## **MOTION**

The United States of America, by its attorneys, Neil H. MacBride, United States Attorney for the Eastern District of Virginia, and W. Neil Hammerstrom, Jr., Assistant United States Attorney, moves this Court  pursuant to U.S.S.G. § 3E1.1(b) to grant an additional one-level reduction in the offense level for acceptance of responsibility.  The government states that the defendant has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying the United States of the defendant's intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the United States and the court to allocate their resources efficiently.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By:  _____/s/_____

W. Neil Hammerstrom, Jr.
Assistant United States Attorney
Virginia Bar No. 24588
Counsel for the Government
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3755
(703) 299-3982 (fax)
Neil.Hammerstrom@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2012, I electronically filed the foregoing Motion with the

Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the

following:

Counsel for Defendant
Brian L. Mizer, Esq.
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314


_____/s/_____
W. Neil Hammerstrom, Jr.
Assistant United States Attorney
Virginia Bar No. 24588
Counsel for the Government
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3755
(703) 299-3982 (fax)
Neil.Hammerstrom@usdoj.gov

2