**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Crim. No. 1:11-cr-554** |
| | ) | **Hon. T. S. Ellis, III** |
| **JUBAIR AHMAD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEAL

The defendant in the above-styled case hereby notes his appeal to the United States Court

of Appeals for the Fourth Circuit from the judgment entered in this court on the 13th day of April,

2012.

Respectfully submitted on this 27th day of April, 2012.

<div style="margin-left:50%">

Respectfully submitted,

**Jubair Ahmad**
By Counsel


_____/s/_____
Brian L. Mizer
Assistant Federal Public Defender
Virginia Bar Number 79384
Counsel for Mr. Ahmad
1650 King St., Suite 500
Alexandria, Virginia 22314
(703) 600-0840 (tel.)
(703) 600-0880 (fax)

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2012, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Mr. Neil Hammerstrom, Esq.
Assistant U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the foregoing pleading will be delivered to Chambers within one business day of the electronic filing.

_____/s/_____

Brian L. Mizer
Assistant Federal Public Defender
Virginia Bar Number 79384
Counsel for Mr. Ahmad
1650 King St., Suite 500
Alexandria, Virginia 22314
(703) 600-0840 (tel.)
(703) 600-0880 (fax)