FILED: May 2, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4329

(1:11-cr-00554-TSE-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JUBAIR AHMAD, a/k/a Jubair hmad

Defendant - Appellant

_____

O R D E R

_____

The court appoints the Federal Defender for the Eastern District of Virginia

to represent Jubair Ahmad on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk